Mary E. W. Field, as Executrix of Charles H. Wiltsie, Deceased, Appellant, *v.* Dominick Stalica, Individually and as General Guardian of Joseph Stalica et al., Infants, et al., Defendants; Union Properties, Inc., et al., Defendants-Appellants, and Village of Depew et al., Defendants-Respondents.

Submitted April 12, 1943; decided April 22, 1943.

Motion for reargument on behalf of County of Erie denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 181.)

The People of the State of New York ex rel. Ferdinand Baumgart, Appellant, against William Hunt, as Warden of Attica State Prison, Respondent.

Submitted April 12, 1943; decided April 22, 1943.

*Ferdinand Baumgart,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), opposed.

Motion denied on the ground that the order is not one from which an appeal lies as of right or from which leave to appeal can be granted.